IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL WILLIAM BRADLEY,
    Plaintiff,

vs.                                  Case No.: 3:14cv148/MCR/EMT

FREDRIC GERSON LEVIN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). On December 31, 2014, the court gave Plaintiff until January 26, 2015, in which to comply with its orders dated November 26, 2014 (*see* doc. 18, citing docs. 14, 15). Plaintiff was instructed that by January 26, 2015, he must file an amended complaint **AND** either pay the filing fee or submit a completed motion to proceed in forma pauperis (doc. 18). He was informed that no further extensions would be granted to comply with these instructions (*id.*). Plaintiff filed an amended complaint (doc. 19), but he failed to file a motion to proceed in forma pauperis or pay the filing fee within the allotted time. Therefore, on February 10, 2015, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 20). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee or file an application to proceed in forma pauperis.[1]

        Accordingly, it is respectfully **RECOMMENDED**:

---

[1] The same date that the court issued the order to show cause, February 10, 2015, it also issued a deficiency order directing the clerk to return to Plaintiff a document he titled "Emergency Motion," due to the document's lack of a proper signature block (doc. 21). No further action has occurred in this case since that date.

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 18th day of March 2015.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within **fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636**; United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988)**.